COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:        Jason Jenkins v. Occidental Chemical Corporation

Appellate case number:     01-09-01140-CV

Trial court case number:    2007-73468

Trial court:                  295th District Court of Harris County

On April 1, 2013, appellee Occidental Chemical Corporation filed a Motion for *En Banc* Reconsideration. The Court requests that appellant Jason Jenkins file a response to the Motion. The Court specifically requests that Jenkins address Section I.B of the Motion in the response.

The response to the Motion must be filed with the Court no later than **Tuesday, April 16, 2013**.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   ☑ Acting individually    ☐ Acting for the Court

Date: April 3, 2013